# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARLO CARTER**  **PLAINTIFF**
**#174069**

v.  Case No. 4:20-cv-495-LPR-JJV

**EDWARD ADAMS,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe. (Doc. 7). There have been no objections. After a careful review of the proposed findings and recommendations, as well as of the record, the Court adopts the proposed findings and recommendations in their entirety.

Accordingly, Plaintiff's Amended Complaint (Doc. 6) is DISMISSED without prejudice for failure to state a claim upon which relief can be granted. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Order and the accompanying Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 14th day of August 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE