**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MARLO CARTER**                                                                       **PLAINTIFF**
**#174069**

**v.**                     **Case No. 4:20-cv-495-LPR-JJV**

**EDWARD ADAMS,** *et al.*                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice for failure to state a claim upon which relief can be granted.  This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 14th day of August 2020.

*/s/ Lee P. Rudofsky*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE